UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18bk18593 |
| | ) | |
| Anthony Roldan | ) | |
| Marlene Roldan | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

**ORDER IMPOSING SANCTIONS AND AWARDING COMPENSATORY DAMAGES**

**TOTAL AMOUNT OF COMPENSATORY DAMAGES: $ 7,910.54**

THIS MATTER coming to be heard on Anthony and Marlene Roldan (the "Debtors") Motion for Sanctions [Dkt. No. 20] (the "Motion"), the Court having jurisdiction, and due notice having been given, the Court hereby finds the following:

A. The Debtors filed for bankruptcy relief on June 29, 2018.
B. The City of Chicago (the "City") having received proper notice crushed the Debtor's vehicle (the "Vehicle") on July 11, 2018.
C. The parties agree that the City's actions violated the automatic stay pursuant to 11 U.S.C. § 362(k)

IT IS HEREBY ORDERED THAT:

1. The Debtors are awarded compensatory damages (the "Damages") as follows.

    a. $ 6,221.00 as replacement value for the Debtor's Vehicle.
    b. $ 1,033.29 for transportation costs.
    c. $ 656.25 for attorney's fees calculated at a rate of $ 125.00 an hour (limited pursuant to 11 U.S.C. § 106(a)(3) and 28 U.S.C. § 2412).

2. Pursuant to 11 U.S.C. § 106(c), the damages shall be offset against the City's claim.

Dated: October 11, 2018

Timothy A. Barnes
United States Bankruptcy Judge