**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: Anthony Roldan** | ) | |
| **Marlene Roldan** | ) | Case No: 18 B 18593 |
| | ) | Judge: Barnes |
| | ) | Chapter 13 |
| **Debtors** | ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn Marshall, 224 South Michigan, Suite 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtors:** Anthony Roldan and Marlene Roldan, 7130 S. Albany, Chicago, IL 60629
**Creditor:** Value Auto, 2734 N. Cicero, Chicago, IL 60639
**Additional Notice Address:** Edward Szymanski, Law office of Edward R. Szymanski, P.O. Box 5358, Elgin, IL 60121
**Registered Agent for Value Auto:** Sidney Morrison, 77 W. Washington St, Suite #1611, Chicago, IL 60639

PLEASE TAKE NOTICE that on May 9, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Barnes, or any other Bankruptcy Judge presiding in his place in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois, on the attached Objection to Proof of Claim 4 Filed by Value Auto, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before April 5, 2019.

      /s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-18593<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  5 14:53:25 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Aaron's Sales & Lease<br>Attn: Bankruptcy<br>Po Box 100039<br>Kennesaw, GA 30156-9239 |
| Arnold Scott Harris<br>111 W. Jackson Blvd., Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| GFC Lending, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Go Financial<br>7300 E Hampton Ave<br>Mesa, AZ 85209-3324 | I C System Inc<br>444 Highway 96 East<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 |
| Online Collections<br>Po Box 1489<br>Winterville, NC 28590-1489 | Peoples Gas<br>Attn: Bankruptcy<br>200 E Randolph<br>Chicago, IL 60601-6302 | Southwest Credit Systems<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 |
| Value Auto<br>2734 N Cicero<br>Chicago, IL 60639-1758 | Anthony Roldan<br>7130 S. Albany<br>Chicago, IL 60629-3007 | Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Marlene Roldan<br>7130 S. Albany<br>Chicago, IL 60629-3007 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City of Chicago, an Illinois Municipal Cor | (u)GFC Lending, LLC | (du)GFC Lending, LLC |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     3
Total                  20

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:  Anthony Roldan            )
       Marlene Roldan             )   Case No:   18 B 18593
                                  )   Judge:     Barnes
                                  )   Chapter    13
       Debtors                    )

## OBJECTION TO PROOF OF CLAIM 4 FILED BY VALUE AUTO

Now comes Anthony Roldan and Marlene Roldan (hereinafter referred to as "Debtors"), by and through their attorneys, and as their Objection to Proof of Claim 4 Filed by Value Auto, respectfully represents as follows:

1. On June 29, 2018, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtors' Chapter 13 Plan on August 16, 2018.

3. On November 13, 2018, Value Auto filed a Secured Proof of Claim in the amount of $6,731.21 for a lien on a 2006 Hyundai Elantra. (see attached Proof of Claim, referred to as "Exhibit A"). The Debtors allege the 2006 Hyundai Elantra was impounded by the City of Chicago in April 2014.

4. The last date to file a proof of claim was September 7th, 2018. The proof of claim filed by Value Auto was on November 13th, 2018. The proof of claim was not filed timely.

5. Since the proof of claim was not filed timely, the claim should be disallowed.

6. The Debtors respectfully request that the Proof of Claim #4 by Value Auto is disallowed.

**WHEREFORE**, Debtors pray that this Honorable Court enter an Order for the following relief:

1. Disallowing claim number 4 by Value Auto in full; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001